IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>BIENVENIDO RODRIGUEZ-CEDEÑO<br>Defendant | CRIMINAL 07-0474CCC |

# O R D E R

Having considered the Report and Recommendation filed on April 15, 2008 (**docket entry 21**) on a Rule 11 proceeding of defendant held before Magistrate Judge Camille L. Vélez-Rivé on April 10, 2008, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 10, 2008. The **sentencing hearing is set for July 17, 2008 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on April 30, 2008.

S/ CARMEN CONSUELO CEREZO
United States District Judge